# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

December 3, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2019

**BY ECF ONLY**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: *United States v. Alin Hanes-Calugaru*, 19-cr-651 (LTS)

Dear Judge Swain:

On October 24, 2019, I was informally advised that, assuming Alin Hanes-Calugaru qualifies for CJA counsel, I would be appointed to represent him, and it is in that capacity that I write to the Court.

On October 11, 2019, the Honorable Lauren Fleischer Louis, U.S.M.J., determined that Mr. Hanes-Calugaru could be released on bail in this matter. *See United States v. Mircea Constantinescu, et al.*, 19-mj-3633 (S.D. Fla.). On October 16, the Government filed an appeal to Your Honor (Dkt. Entry #53) that is scheduled to be heard on Friday, December 6 at 2:30 p.m. It is my intention to respond to the Government with a written submission, and I respectfully request that Your Honor allow me to file the response no later than Thursday, December 5.

Thank you for your consideration.

The request is granted. The submission must be filed by 5:00 pm on Thursday December 5, 2019.

Respectfully submitted,

Jill R. Shellow

SO ORDERED:

/s/ 12/4/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC