UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No.  19-CR-651-LTS

ALIN HANES-CALUGARU,

        Defendant.

--------------------------------------------------------x

## Order

        Mr. Hanes-Calugaru moves for reconsideration of this Court's order detaining him pending trial and for release from detention, or in the alternative, an opportunity to be heard on the motion.  (Docket Entry No. 239.)  The Government must file its written response to the foregoing motion by **5 p.m. on April 22, 2020**.  Any reply must be filed by **5 p.m. on April 23, 2020.**

        Medical and other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions.  A complete, unredacted courtesy copy of any redacted filing must be provided to opposing counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  The parties must deliver unredacted copies of any redacted filings to the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse, with a copy of this Order, as soon as is practicable after the COVID-19 pandemic local travel restrictions are lifted, and in any event no later than July 17, 2020.

        A telephonic conference to address Mr. Hanes-Calugaru's motion will take place on **April 27, 2020, at 11 a.m**.  To access the call, the parties must dial 888-363-4734, enter the

access code 1527005, and the security code 3233.  During the call, the parties are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. All callers to the line must identify themselves if asked to do so.
4. Identify yourself each time you speak.
5. <u>Mute</u> when you are not speaking to eliminate background noise.
6. Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

SO ORDERED.

Dated: New York, New York
April 20, 2020

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge