UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                         No. 19 CR 651-LTS

HANES-CALUGARU,

        Defendant.

-------------------------------------------------------x

## Order

For the reasons stated on the record today, Mr. Hanes-Calugaru has not sustained his burdens under 18 U.S.C. sections 3142(f) and 3142(i). Accordingly, his motion for reconsideration of the Court's order of detention, or temporary release, (docket entry no. 239), is denied.

SO ORDERED.

Dated: New York, New York
         May 4, 2020

                                                 /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge