# LAW OFFICES OF JILL R. SHELLOW

Telephone:  212.792.4911  /  Fax:  212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY  10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

May 5, 2021

**BY ECF AND EMAIL**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007
SwainNYSDCorresp@nysd.uscourts.gov

MEMO ENDORSED

    **RE:**  *United States v. Alin Hanes Calugaru*, **19-cr-651 (LTS)**

Dear Judge Swain:

    I am writing to request respectfully that the pretrial conference presently scheduled in this matter for May 18, 2021 11:00 AM be adjourned until June 15, 2021 at 10:30 AM.  I am advised by Your Honor's Chambers that this date and time are available on Your Honor's calendar.  We consent to the exclusion of time from the Speedy Trial calculations until the adjourn date.  I have conferred with AUSA Samuel P. Rothschild, and the Government consents to this request.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

The pretrial conference scheduled to take place on May 18, 2021, is hereby adjourned to take place by remote means on June 15, 2021, at 10:30am.  The precise time and modality cannot be confirmed until late the week before, so counsel are requested to keep their calendars as open as possible from 9am to 2pm that day. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through June 15, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry 644 is resolved.
SO ORDERED.
5/5/2021
/s/ Laura Taylor Swain Chief USDJ

cc:    AUSA Samuel P. Rothschild (by email)
        Alin Hanes Calugaru (by legal mail)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC