# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY  10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

June 2, 2021

## MEMO ENDORSED

**BY ECF AND EMAIL**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007
SwainNYSDCorresp@nysd.uscourts.gov

RE:   *United States v. Alin Hanes Calugaru*, 19-cr-651 (LTS)

Dear Judge Swain:

I am writing to request respectfully that the pretrial conference presently scheduled in this matter for June 15, 2021 at 10:30 a.m. be adjourned for approximately 60 days.  I have conferred with AUSA Samuel P. Rothschild, and the Government consents to this request.  We consent to the exclusion of time from the Speedy Trial calculations until the adjourn date.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

The request for an adjournment is granted.  The next pretrial conference is hereby scheduled for August 10, 2021, at 12:00 p.m.  The parties shall notify Chambers by email on or before July 27, 2021, as to whether they request to proceed remotely or in person.  The Court finds pursuant to 18 USC section 3161(h) (7)(A) that the ends of justice served by an exclusion of the time from today's date through August 10, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Docket entry 695 is resolved.
SO ORDERED.
6/3/2021
/s/ Laura Taylor Swain, Chief USDJ

cc:    AUSA Samuel P. Rothschild (by email)
         Alin Hanes Calugaru (by legal mail)

**Connecticut Office**:  2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC