# Law Offices of Jill R. Shellow

Telephone:  212.792.4911  /  Fax:  212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY  10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

July 25, 2021

**BY ECF AND EMAIL**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007
SwainNYSDCorresp@nysd.uscourts.gov

**MEMO ENDORSED**

      RE:    *United States v. Alin Hanes Calugaru*, 19-cr-651 (LTS)

Dear Judge Swain:

    I am writing to request respectfully that the pretrial conference presently scheduled in this matter for August 10, 2021 be adjourned for approximately 60 days. I have conferred with AUSA Samuel P. Rothschild, and the Government consents to this request. We consent to the exclusion of time from the Speedy Trial calculations until the adjourn date.

    Thank you for your consideration.

                          Respectfully submitted,

                          Jill R. Shellow

cc:    AUSA Samuel P. Rothschild (by email)
        Alin Hanes Calugaru (by legal mail)

> The foregoing request is granted.  The conference is hereby rescheduled for October 12, 2021 at 10:00am.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 12, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry #768 resolved.
> SO ORDERED.
> 7/26/2021
> /s/ Laura Taylor Swain, Chief USDJ

**Connecticut Office**:  2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC