# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York / 10601

September 29, 2022

**BY ECF AND EMAIL**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Alin Hanes Calugaru*, 19-cr-651 (SHS)

Dear Judge Stein:

Gary Kaufman and I represent Alin Hanes Calugaru. Your Honor is scheduled to sentence Mr. Hanes on October 25, and our sentencing memorandum is due next week on October 4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am writing to request respectfully that Your Honor adjourn the sentencing until November 14, 2022 at 2:30 p.m. I understand from Your Honor's chambers that this is convenient for the Court, and I have confirmed that everyone is available at that time. The Government does not object to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   Alin Hanes Calugaru (by legal mail)
      All counsel (by ECF - redacted)

The sentencing is adjourned to November 14, 2022, at 2:30 p.m. The defense submission is due on or before October 24, the government submission is due on or before October 31, 2022.

Dated: New York, New York
       September 29, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.